IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-00272-CR-W-HFS |
| RENARD T. COLLIER, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

A competency hearing was conducted on January 20, 2022, and Magistrate Judge Lajuana M. Counts considered the forensic evaluation prepared by Jessica Micono, Psy.D., Forensic Psychologist, filed with the court on January 6, 2022 (Doc. 42). Dr. Micono determined that defendant was not currently suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or properly assist in his defense, and is therefore, competent to proceed; noting that should he use drugs or alcohol his psychotic symptoms could return and his competency would need to be reassessed.

After making an independent review of the record, and the applicable law, Judge Counts determined that the defendant was not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense. Thus, Judge Counts concluded that the defendant was competent to proceed.

To-date, no objections to the Report and Recommendation have been filed, and the time in which to do so has expired. Thus, the findings and conclusions in the Report and Recommendation (Doc. 46) are ADOPTED by the undersigned.

/s/ Howard F. Sachs
HOWARD F. SACHS
United States District Judge

Dated: February 4, 2022
Kansas City, Missouri